UNITED STATES of America,
Plaintiff—Appellee,

v.

Christopher Isaac NATIVIDAD,
Defendant—Appellant.

No. 03–10117.

D.C. No. CR–02–00245–DAE.

United States Court of Appeals,
Ninth Circuit.

Submitted Oct. 14, 2003.*

Decided Oct. 20, 2003.

Beverly W. Sameshima, Office of the U.S. Attorney, Honolulu, HI, for Plaintiff–Appellee.

DeAnna S. Dotson, Kapoleiu, HI, Defendant–Appellant.

Before WARDLAW, BERZON and CLIFTON, Circuit Judges.

MEMORANDUM**

Christopher Isaac Natividad appeals his 262–month sentence following his guilty plea to distribution of methamphetamine within 1,000 feet of a private elementary school and possession with intent to distribute methamphetamine in violation of 21 U.S.C. §§ 860(a) and 841(a)(1).

Natividad argues that the district court failed to make adequate findings in rejecting his claim of sentencing entrapment or

---

* This panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the

---

manipulation by undercover officers. The record, however, is clear that the court exercised its discretion not to make a downward departure. Such a discretionary decision is unreviewable. *See United States v. Romero*, 293 F.3d 1120, 1126 (9th Cir.2002), *cert. denied*, 537 U.S. 1144, 123 S.Ct. 948, 154 L.Ed.2d 844 (2003).

**DISMISSED.**

---

courts of this circuit except as provided by Ninth Circuit Rule 36–3.

